# EXHIBIT A

Case 08-44100    Doc 34-1    Filed 05/26/10    Entered 05/26/10 09:31:34    Desc Exhibit
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Eric J. Sarao
Debtor,

Chapter: 7
Case No: 08-44100
Judge Joel B. Rosenthal

## CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. § 701(a)(1)

Joseph Baldiga
Mirick, O'Connell, DeMallie Lougee,
100 Front Street
Worcester, MA 01608

is hereby appointed as Interim Trustee in the above-referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

Date: 12/18/08

Phoebe Morse
U.S. Trustee
(617) 788-0400

Original filed with Bankruptcy Court
Copy to trustee

## REJECTION

I, Joseph Baldiga , hereby REJECT appointment as Trustee.
Dated: This day of _____ .

Joseph Baldiga

Original filed with Bankruptcy Court
Copy to United States Trustee

7